

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER

Keith Guthrie, individually, on a representative basis, and on behalf of all others similarly situated

Plaintiff(s),

v.

ITS Logistics, LLC, a Delaware Company, and DOES 1 through 20, inclusive;

Defendant(s).

Case No. 1:21-cv-00729-AWI-EPG

FILED

MAY 21 2021

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

I, __Angela S. Cash__,

attorney for __Defendant, ITS Logistics, LLC__,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Scopelitis, Garvin, Light, Hanson & Feary, P.C. |
| Address: | 10 West Market Street |
| | Suite 1400 |
| City: | Indianapolis |
| State: | IN     ZIP Code: 46204 |
| Voice Phone: | (317) 637-1777 |
| FAX Phone: | (317) 687-2414 |
| Internet E-mail: | acash@scopelitis.com |
| Additional E-mail: | cfox@scopelitis.com |
| I reside in City: | Greenwood     State: IN |

I was admitted to practice in the  Indiana Supreme Court

on October 23, 1995. I am presently in good standing and

eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

---

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:            Christopher J. Eckhart

Firm Name:       Scopelitis, Garvin, Light, Hanson & Feary, P.C.

Address:         10 West Market Street

                 Suite 1400

City:            Indianapolis

State:     IN         ZIP Code:  46204

Voice Phone: (317) 637-1777

FAX Phone:   (317) 687-2414

E-mail:      ceckhart@scopelitis.com

Dated: May 19, 2021            Petitioner:    /s/ Angela S. Cash
                                              Angela S. Cash

## ORDER

IT IS SO ORDERED.

Dated: __May 20, 2021__    _____/s/ Eric P. Grosjean_____
UNITED STATES MAGISTRATE JUDGE