UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH GUTHRIE,<br><br>    Plaintiff,<br><br>    v.<br><br>ITS LOGISTICS, LLC,<br><br>    Defendant. | Case No.   1:21-cv-00729-AWI-EPG<br><br>ORDER GRANTING STIPULATION TO VACATE CASE SCHEDULE<br><br>(ECF Nos. 15, 16) |

On August 6, 2021, the Court issued an order setting a case schedule. (ECF No. 15). On December 10, 2021, the parties filed a stipulation and proposed order to vacate the case schedule. (ECF No. 16). As grounds, the parties state that they are scheduled to participate in a mediation on March 8, 2022, and vacating the case schedule will allow them to focus on settlement efforts "without incurring substantial costs to conduct discovery and prepare briefing for class certification."

Finding good cause, IT IS ORDERED as follows:

1. The parties' stipulated request (ECF No. 16) to vacate the case schedule is granted;
2. The case schedule (ECF No. 15) is vacated;
3. The parties shall file a joint status report no later than March 15, 2022, reporting the results of their mediation;
4. If mediation is unsuccessful, the parties' joint status report shall also propose dates for resetting the case deadlines previously imposed; and

5. If necessary, the Court will issue an order setting a status conference regarding the scheduling of the case.

IT IS SO ORDERED.

Dated:  **December 10, 2021**                    /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE