UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH GUTHRIE,<br><br>        Plaintiff,<br><br>    v.<br><br>ITS LOGISTICS, LLC,<br><br>        Defendant. | Case No.   1:21-cv-00729-AWI-EPG<br><br>ORDER SETTING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL<br><br>(ECF No. 18) |

      On May 5, 2021, Defendant removed this action from the Merced County Superior Court, with the complaint alleging class action and Private Attorneys General Act (PAGA) claims relating to alleged labor violations. (ECF No. 1).

      On August 6, 2021, the Court issued an order setting a case schedule. (ECF No. 15). On December 9, 2021, the parties filed a stipulation and proposed order to vacate the case schedule. (ECF No. 16). As grounds, the parties stated that they were scheduled to participate in a mediation on March 8, 2022, and vacating the case schedule would allow them to focus on settlement efforts "without incurring substantial costs to conduct discovery and prepare briefing for class certification."

      On December 10, 2021, the Court granted the stipulation and directed the parties to file a joint status report regarding the results of their mediation. (ECF No. 17). On March 16, 2022, the parties filed their joint status report, stating that they have "reached a class and PAGA settlement of the claims in this action [and] are currently working to finalize and execute a long-form

settlement agreement and anticipate filing a motion for preliminary approval within 90 days." (ECF No. 18, p. 2).

Accordingly, based on the parties' notice of settlement, IT IS ORDERED that the parties shall file their motion for preliminary approval not later than June 15, 2022.

IT IS SO ORDERED.

Dated:  **March 17, 2022**                           /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE

2