# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEITH GUTHRIE, individually, on a representative basis, and on behalf of all others similarly situated,**<br><br>**Plaintiff**<br><br>v.<br><br>**ITS LOGISTICS, LLC,**<br><br>**Defendant** | **CASE NO. 1:21-CV-0729 AWI EPG**<br><br>**ORDER REFERRING PENDING MOTION TO MAGISTRATE JUDGE ERICA P. GROSJEAN**<br><br>**(Doc. No. 21)** |

On June 15, 2022, Plaintiff filed a notice of motion for preliminary approval of a class action settlement. See Doc. No. 21. Plaintiff did not file the motion as "motion" in the Court's ECF docketing system and also did not set a hearing date for the matter. Despite these filing errors, the Court will accept the notice as a "motion." So construing the filing, the Court finds that the pending motion should be referred to Magistrate Judge Erica P. Grosjean for entry Findings and Recommendations pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72.

Accordingly, it is HEREBY ORDERED that:

1. The pending motion for preliminary approval of class action settlement (Doc. No. 21) is REFERRED to Magistrate Judge Erica P. Grosjean;

2. If Magistrate Judge Grosjean desires a hearing on the pending motion, Magistrate Judge Grosjean's Chambers will contact the parties and set a hearing date at Magistrate Judge Grosjean's convenience.

IT IS SO ORDERED.

Dated: June 23, 2022              _____
                                    SENIOR DISTRICT JUDGE