Brian J. Mankin, Esq. [CSB No. 216228]
*brian@lmlfirm.com*
Misty M. Lauby, Esq. [CSB No. 243009]
*misty@lmlfirm.com*
LAUBY, MANKIN & LAUBY LLP
5198 Arlington Avenue, PMB 513
Riverside, CA  92504
Tel:  (951) 320-1444 | Fax: (951) 320-1445

Attorneys for Plaintiff, on a Representative Basis and on behalf of the Punitive Class

Christopher J. Eckhart [CSB No. 331414]
*ceckhart@scopelitis.com*
Angela S. Cash, admitted *Pro Hac Vice*
*acash@scopelitis.com*
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
Tel: (317) 637-1777
Fax: (317) 687-2414

Christopher C. McNatt, Jr. [CSB No. 174559]
*cmcnatt@scopelitis.com*
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Ave., Suite 560
Pasadena, CA 91101
Tel: (626) 795-4700
Fax: (626) 795-4790

**ADDITIONAL COUNSEL ON FOLLOWING PAGE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH GUTHRIE, individually, on a representative basis, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>ITS LOGISTICS, LLC, a Delaware Company, and DOES 1 through 20, inclusive;<br><br>Defendants. | Case No.:  1:21-CV-00729-AWI-EPG<br>*[Assigned to Hon. Erica P. Grosjean, U.S. Magistrate Judge, Courtroom 10]*<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE SUPPLEMENTAL PAPERS IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL**<br><br>(ECF No. 32) |

1  Jared S. Kramer, admitted *Pro Hac Vice*
   jskramer@scopelitis.com
2  30 West Monroe Street, Suite 1600
   Chicago, IL 60603
3  Tel: (312) 255-7200
   Fax: (312) 422-1224
4

5  Attorneys for Defendant ITS LOGISTICS, LLC

1  Counsel for Parties, Plaintiff Keith Guthrie and Defendant ITS Logistics, hereby stipulate
2 that the Court may enter an order continuing the deadline to file supplemental papers in support
3 of the Motion for Preliminary Approval of Class Settlement Agreement that is currently set for
4 September 30, 2022 for twenty-one (21) days to October 21, 2022.
5  The parties met and conferred via email and agree that good cause exists to continue the
6 deadline based on the Declaration of Misty M. Lauby attached hereto.
7  WHEREFORE, the Parties stipulate to continue the deadline to filed supplemental papers
8 in support of Plaintiff's motion for preliminary approval to October 21, 2022.

                                                             Respectfully submitted,

Dated: September 27, 2022           LAUBY, MANKIN & LAUBY LLP

BY: _____
    Brian J. Mankin, Esq.
    Misty M. Lauby, Esq.
    Attorneys for Plaintiff

Dated: September 27, 2022           SCOPELITIS, GARVIN, LIGHT,
                                          HANSON & FEARY, P.C.

BY:  */s/ Angela S. Cash*
    Christopher J. Eckhart, Esq.
    Angela S. Cash, Esq.
    Jared S. Kramer, Esq.

    SCOPELITIS, GARVIN, LIGHT,
    HANSON & FEARY, LLP

BY:  Christopher C. McNatt, Jr., Esq.

    Attorneys for Defendant
    ITS Logistics, LLC

-3-

**DECLARATION FO MISTY M. LAUBY**

1. I am an attorney licensed to practice before all of the courts of the State of California and the United States District Court Eastern District of California. I am a partner at Lauby, Mankin & Lauby LLP. I represent the Plaintiff in this action, and I am thoroughly familiar wit and have personal knowledge of all the facts set forth herein. I handle the day-to-day litigation in this matter. I submit this declaration in support of the Parties Stipulation to Continue Deadline to File Supplemental Papers in Support of Plaintiff's Motion for Preliminary Approval.

2. The Parties herein reached a settlement of the class action on March 8, 2022.

3. Thereafter, Plaintiff submitted his Motion for Preliminary Approval of the Class Action Settlement. (ECF Nos. 21, 22, 23).

4. The Court held a hearing on August 16, 2022, noting various concerns about the proposed settlement and advised that the parties could address the issues discussed at the hearing in a supplemental filing by no later than September 30, 2022.

5. Despite diligent effort to meet this deadline, the Parties have met and conferred and agree that additional time is necessary to address the numerous issues raised during the hearing and subsequent court order.

6. Therefore, the parties have stipulated to continue the deadline for 21 days to October 21, 2022 to allow time to ensure that all matters are properly addressed.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 27, 2022 in Los Angeles, California.

                                              */s/ Misty M. Lauby*
                                              MISTY M. LAUBY

**ORDER**

Having reviewed the Stipulation and Declaration of Misty M. Lauby (ECF No. 32), IT IS ORDERED that the deadline to file supplemental papers in support of Plaintiff's Motion for Preliminary Approval currently set for September 30, 2022, is continued to October 21, 2022.

IT IS SO ORDERED.

Dated:   **September 28, 2022**            /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE