# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH GUTHRIE, individually, on a representative basis, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ITS LOGISTICS, LLC,<br><br>　　　　　　Defendant. | Case No. 1:21-cv-000729-AWI-EPG<br><br>ORDER REQUIRING FILING OF DOCUMENTS IN SUPPORT OF SUPPLEMENT<br><br>(ECF No. 38) |

　　　　At a hearing regarding Plaintiff's motion for preliminary approval of class action settlement, the Court permitted the parties to file supplemental briefing and/or evidence in support of the motion. (ECF No. 28). The parties have since filed a supplement, which includes various attachments. (ECF No. 38). However, the supplement is missing some documents.

　　　　First, the parties' supplement proposes various revisions to their settlement agreement. (ECF No. 38, p. 3). However, the parties have not provided a revised copy of their settlement agreement.

　　　　Second, the supplement purports to attach Exhibits A, B and C to the declaration of Timothy Aboussleman. (*See* ECF No. 38-2, p. 10). However, no such exhibits are attached to the declaration.

\\\

\\\

\\\

1

1     Accordingly, IT IS ORDERED that, by no later than January 13, 2023, the parties shall
2 file a copy of their revised settlement agreement and the exhibits missing from the supplement.

IT IS SO ORDERED.

Dated:  **January 6, 2023**                    /s/ Erica P. Grosjean
                                               UNITED STATES MAGISTRATE JUDGE