UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH GUTHRIE, individually, on a representative basis, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ITS LOGISTICS, LLC,<br><br>Defendant. | Case No. 1:21-cv-000729-ADA-EPG<br><br>ORDER GRANTING REQUEST FOR EXTENSION TO FILE OBJECTIONS<br><br>(ECF No. 43) |

This matter is before the Court on the parties' joint request for an extension to file objections to this Court's findings and recommendations, recommending that Plaintiff's motion for preliminary approval be denied without prejudice. (ECF Nos. 41, 43). As grounds, defense counsel states that she has a vacation scheduled during the time the objections are due, April 19, 2023, and asks for an extension to April 28, 2023, to file objections. Plaintiff's counsel likewise requests the same extension.

Based on the parties' request (ECF No. 43), IT IS ORDERED that either party may file objections to this Court's findings and recommendations, recommending that Plaintiff's motion for preliminary approval be denied without prejudice, by no later than April 28, 2023.

\\\
\\\
\\\
\\\

1

Any response to the objections shall be served and filed within fourteen (14) days after service of the objections.

IT IS SO ORDERED.

Dated:   **April 12, 2023**                                  /s/ Erica P. Grosjean
                                                                         UNITED STATES MAGISTRATE JUDGE