UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH GUTHRIE, individually, on a representative basis, and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ITS LOGISTICS, LLC,<br><br>　　　　Defendant. | Case No.   1:21-cv-00729-ADA-EPG<br><br>ORDER APPROVING, IN PART, REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS<br><br>(ECF No. 45) |

　　　　This matter is before the Court on the parties' second joint request for an extension to file objections to this Court's findings and recommendations, recommending that Plaintiff's motion for preliminary approval be denied without prejudice. (ECF Nos. 41, 43, 45). As grounds, the parties state that they "have prepared a draft of their Joint Objections to Magistrate Judge's Findings and Recommendations but require additional time to finalize the Objections and for client review." The request an extension to May 4, 2023, to file objections.

　　　　However, the same day this extension request was filed, Defendant filed its objections to the findings and recommendations. (ECF No. 46). Notably, counsel for Plaintiff did not sign the objections. Accordingly, it is unclear if these are the "joint objections" the parties planned to file, or if Plaintiff intends to file separate objections.

\\\

\\\

1

In an abundance of caution, IT IS ORDERED as follows:

1. To the extent that Plaintiff intends to file separate objections, Plaintiff is granted an extension to do so until May 4, 2023.
2. However, because Defendant has already filed objections, the requested extension is denied as moot as to Defendant.

IT IS SO ORDERED.

Dated:  **May 1, 2023**           /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE