UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH GUTHRIE, individually, on a representative basis, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ITS LOGISTICS, LLC,<br><br>Defendant. | Case No. 1:21-cv-00729-ADA-EPG<br><br>ORDER REQUIRING JOINT STATUS REPORT<br><br>(ECF No. 51) |

On June 30, 2023, the presiding District Judge adopted the undersigned's recommendation to deny Plaintiff's motion for preliminary approval without prejudice and referred the matter back for further proceedings. (ECF No. 51). In light of that order, the Court will require the parties to file a joint status report.

Accordingly, IT IS ORDERED that, by no later than July 27, 2023, the parties shall file a joint status report: (1) proposing a schedule for the remainder of the case; (2) advising how they plan to continue in this case; and (3) addressing any other matters that warrant the Court's attention. Following review of the parties' joint status report and proposed schedule, the Court will set a status conference, if necessary.
IT IS SO ORDERED.

Dated: **July 5, 2023**              /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE

1