UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH GUTHRIE, individually, on a representative basis, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ITS LOGISTICS, LLC,<br><br>Defendant. | Case No.   1:21-cv-00729-ADA-EPG<br><br>ORDER SETTING CASE DEADLINES<br>(ECF No. 53) |

This matter is before the Court on the parties' joint status report, filed on July 27, 2023. (ECF No. 53). Within this report, the parties propose a schedule for the case.

Upon review, IT IS ORDERED that the parties' proposed schedule (ECF No. 53) is adopted, and the Court sets the following case deadlines:

1. October 25, 2023 - initial disclosures exchanged;

2. April 12, 2024 - merits discovery for named Plaintiff and scope of class due;

3. May 3, 2024[1] - Plaintiff's designation of class certification expert witnesses due;

4. June 21, 2024[2] - Defendant's response to class certification designation of expert witnesses due;

5. July 24, 2024 - class certification expert discovery due;

6. September 12, 2024 - class certification motion filed;

---

[1] The parties proposed May 4, 2024, but that day is a Saturday.
[2] The parties proposed June 22, 2024, but that day is a Saturday.

1

7.  November 13, 2024 - opposition to class certification motion filed;

8.  December 30, 2024 - reply in support of motion for class certification filed; and

9.  March 6, 2024, at 10:30 a.m.[3] - mid discovery status conference. To participate telephonically, all parties are directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. At least seven days before the mid-discovery conference, the parties shall file a joint report, advising the Court of the status of discovery, settlement negotiations, if any, and any other matters that warrant the Court's attention.

IT IS SO ORDERED.

Dated:   **July 31, 2023**                    /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE

---

[3] The parties proposed a later date; however, the Court believes this earlier date is a more appropriate time to hold a mid-discovery conference.