1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH GUTHRIE, individually, on a representative basis, and on behalf of all others similarly situated; <br><br> Plaintiff, <br><br> vs. <br><br> ITS LOGISTICS, LLC, a Delaware Company, and DOES 1 through 20, inclusive; <br><br> Defendants. | Case No.: 1:21-cv-00729-NODJ-EPG <br><br> **STIPULATION TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT; ORDER** <br><br><br> (ECF No. 57) |

TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL OF RECORD:

This Stipulation is made and entered into by and between Plaintiff Keith Guthrie ("Plaintiff") and Defendant ITS LOGISTICS, LLC ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel of record, with reference to the following:

WHEREAS, Plaintiff filed the instant putative class and representative PAGA action on March 9, 2021, alleging violations of the California Labor Code.

WHEREAS, Plaintiff seeks to file a First Amended Complaint.

WHEREAS, Defendant has already filed its Answer to the Initial Complaint.

WHEREAS, the Parties met and conferred regarding Plaintiff's filing of the First Amended Complaint.

WHEREAS, Defendant consents to Plaintiff's filing of the First Amended Complaint, a true and correct copy of which is attached hereto as **Exhibit A**.

WHEREAS, by stipulating to the filing of this First Amended Complaint, Defendant is: (1) not conceding the merits of any claim set forth therein, and (2) not waiving its right to challenge the legal sufficiency of the First Amended Complaint.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties as follows:

1. Plaintiff is granted leave to file his First Amended Complaint, a copy of which is attached hereto as **Exhibit A**, which shall be filed within 15 days of the Court's Order.

2. Defendant shall file its response(s) to the First Amended Complaint within thirty (30) days of the date of filing.

IT IS SO STIPULATED.

Dated: December 15, 2023          LAUBY, MANKIN & LAUBY LLP

                                  BY:  */s/ Misty M. Lauby*
                                       Misty M. Lauby, Esq.
                                       Attorneys for Plaintiff

Dated: December 15, 2023          SCOPELITIS, GARVIN, LIGHT,
                                     HANSON & FEARY, P.C.

                                  BY:  */s/ Angela S. Cash*
                                       Christopher J. Eckhart, Esq.
                                       Angela S. Cash, Esq.
                                       Jared S. Kramer, Esq.

                                       SCOPELITIS, GARVIN, LIGHT,
                                       HANSON & FEARY, LLP

                                  BY:  Christopher C. McNatt, Jr., Esq.
                                       Attorneys for Defendant
                                       ITS Logistics, LLC

**ORDER**

Pursuant to the above stipulation (ECF No. 57), IT IS ORDERED as follows:

1. Plaintiff is granted leave to file his First Amended Complaint, which has already been filed of record. (ECF No. 56).

2. Defendant shall file its response(s) to the First Amended Complaint within thirty (30) days of the entry of this order.

IT IS SO ORDERED.

Dated: __January 6, 2024__                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE