UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH GUTHRIE, individually, on a representative basis, and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>ITS LOGISTICS, LLC,<br><br>            Defendant. | Case No.   1:21-cv-00729-NODJ-EPG<br><br>ORDER VACATING CASE DEADLINES<br><br>(ECF No. 62) |

      This matter is before the Court on the parties' joint status report, filed on February 28, 2024, in advance of the mid-discovery status conference scheduled for March 7, 2024. (ECF No. 62). The parties report that they are conducting some discovery and have scheduled a mediation for August 6, 2024.

> The Parties request that the Court suspend all dates currently scheduled pursuant to the Court's 7/31/2023 Order Setting Case Deadlines (ECF No. 54) to allow the Parties to mediate the case as scheduled on August 6, 2024. The parties will notify the Court of the outcome of the mediation on or before August 16, 2024, and, if the mediation is unsuccessful, provide an updated Joint Status Report with proposed scheduling dates by August 23, 2024.

(*Id.* at 4).

      Upon review of the parties' joint status report (ECF No. 62), IT IS ORDERED as follows:

1. The March 7, 2024 mid-discovery status conference is vacated. (ECF No. 61).
2. The parties' request to suspend all currently scheduled case deadlines is granted and the Court vacates all upcoming deadlines in the scheduling order. (ECF No. 54).

1

3. By no later than **August 20, 2024**, the parties shall file a joint status report informing the Court of the outcome of the mediation, and if the mediation is unsuccessful, the parties shall also provide proposed scheduling dates.

IT IS SO ORDERED.

Dated:   **February 29, 2024**              /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE

2