UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH GUTHRIE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ITS LOGISTICS, LLC,<br><br>　　　　Defendant. | Case No.　1:21-cv-00729-KES-EPG<br><br>ORDER SETTING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL<br><br>(ECF No. 73) |

On May 5, 2021, Defendant removed this action from the Merced County Superior Court, with the complaint alleging class action and Private Attorneys General Act (PAGA) claims relating to purported labor violations. (ECF No. 1).

On February 29, 2024, the Court vacated the case deadlines to allow the parties to pursue settlement. (ECF No. 64). The parties have since filed multiple joint status reports, keeping the Court updated on the status of settlement negotiations. The latest report, filed on December 9, 2024, states as follows:

> On August 6, 2024, the Parties had a second mediation in this action with mediator Tripper Ortman and, after further exchange of information and data, reached a class and PAGA settlement of the claims in this action. The Parties are currently working to finalize and execute a long-form settlement agreement and anticipate filing a motion for preliminary approval within 90 days.

(ECF No. 73, p. 3).

\\\

\\\

1

Accordingly, based on the parties' joint status report, IT IS ORDERED that the parties shall file their motion for preliminary approval by no later than March 10, 2025.

IT IS SO ORDERED.

Dated:  **December 10, 2024**              /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE

2