Misty M. Lauby, Esq. [CSB No. 243009]
misty@lmlfirm.com
LAUBY, MANKIN & LAUBY LLP
5198 Arlington Avenue, PMB 513
Riverside, CA 92504
Tel: (951) 320-1444 | Fax: (951) 320-1445

Attorneys for Plaintiff and others similarly situated

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH GUTHRIE, individually, on a representative basis, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>ITS LOGISTICS, LLC, a Delaware Company, and DOES 1 through 20, inclusive;<br><br>Defendants. | Case No.:  1:21-CV-00729-KES-EPG<br><br>**FRCP RULE 23 CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND COMBINED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ATTORNEYS' FEES, COSTS, EXPENSES, AND SERVICE AWARD**<br><br>Hearing<br>Date:         January 8, 2026<br>Time:         10:30 a.m.<br>Courtroom:  6<br><br>Complaint filed:   March 9, 2021 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 8, 2026 at 1:30 p.m., or as soon thereafter as the matter may be heard in the above-entitled Court located in Courtroom 6 at 2500 Tulare Street, Fresno, CA 93721, Plaintiff Keith Guthrie will move, pursuant to FRCP Rule 23, for an order granting final approval of the class action settlement between Plaintiff and Defendant ITS Logistic, LLC ("ITS"). Additionally, pursuant to the Court's September 29, 2025, Plaintiff combines this motion for final approval with his motion for attorneys' fees, costs, expenses, and service award. (*See* EFC No. 92, ¶ 10).

This motion, which is supported and unopposed by Defendant ITS, seeks final approval of a $550,000 settlement on behalf of the Class Members. A Proposed order to this effect is filed concurrently herewith.

Specifically, Plaintiff will and hereby does move the Court to grant final approval of the Class Action Settlement Agreement and Release of Claims (the "Settlement Agreement"), and enter the proposed order and final judgment filed concurrently herewith:

1. Finally certifying the Class, as defined in the Settlement Agreement and the Court's Order Granting Preliminary Approval of the Settlement;
2. Finally appointing Plaintiff as Class Representative for purposes of settlement;
3. Finally appointing Brian Mankin and Misty Lauby as Class Counsel for purposes of settlement;
4. Finding that the Class Notice was properly provided to the Class in accordance with the Court's Order Granting Plaintiff's Motion for Class Certification and Preliminary Approval of a Class Action Settlement (ECF 92);
5. Finally approving the settlement as fair, adequate, and reasonable, based upon the terms set forth in the Settlement Agreement;

6. Binding Participating Class Members and Aggrieved Employees to the terms of the Settlement Agreement, including the Released Class Claims and PAGA Released Claims;

7. Retaining jurisdiction to enforce the Settlement Agreement;

8. Approving Attorneys' Fee, Costs, Expenses, and Service Award.

This Motion is based upon this Notice, the Memorandum of Points and Authorities, the Class Action Settlement Agreement and Release of Claims, the declarations of Plaintiff's Counsel (Misty Lauby) and Plaintiff Keith Guthrie filed herewith, and the proposed Order submitted herewith, the pleadings and records on file with this Court and on such oral and documentary evidence as may be presented at the time of hearing.

Dated: December 9, 2025       LAUBY, MANKIN & LAUBY LLP

                                      BY:       *s/ Misty M. Lauby*
                                                 Misty M. Lauby, Esq.
                                                 Attorneys for Plaintiff and the similarly situated employees