# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEITH GUTHRIE ,** | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **1:21–CV–00729–EPG** |
| **ITS LOGISTICS, LLC ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 1/9/2026 .**

ENTERED:  **January 9, 2026**          /s/  **Keith Holland**
                                                             Clerk of Court